UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN LOCKE,

    Plaintiff,

v.                                                Case No.  8:05-cv-462-T-24 MSS

FOXPEN INC., ET AL.,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Default.  (Doc. No. 15).  Upon review of the motion and the Affidavits of Service that have been filed with the Court (Doc. No. 9-14), it is ORDERED AND ADJUDGED that the motion is **GRANTED IN PART AND DENIED IN PART**:

(1)    The Clerk is directed to enter default against Defendants Jennifer Gelena, Werawat Isaraphanich, and Foxpen, Inc.;

(2)    The Clerk is directed not to enter default against www.ebookexclusive.com and www.subjectto.net, since websites are not proper defendants; and

(3)    The Clerk is directed not to enter default against Defendant Transconnect Enterprise, since it is a business of unknown form, and as such, the Court cannot determine whether it has been properly served.

**DONE AND ORDERED** at Tampa, Florida, this 27th day of April, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Plaintiff